**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| PETER J. MUNOZ, JR.,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA,<br><br>        Defendant. | 2:13-cv-01269-JCM-VCF<br><br>**ORDER TO PAY FILING FEE OR SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PAY FILING FEE** |

      On July 7, 2013, Peter J. Munoz, Jr. commenced this civil action by filing a document entitled "Notice of Appeal." The filing purports to be an appeal of an order of affirmance by the Nevada Supreme Court in case number 62124, *Peter Joseph Munoz, Jr. v. Howard Skolnik and Rex Reed*. At issue was the Nevada Department of Corrections calculation of good-time credits and credits for completion of programs under state law.

      The filing fee required by 28 U.S.C § 1914 has not been paid.

      Accordingly, IT IS HEREBY ORDERED, that on or before May 21, 2014, Peter J. Munoz shall pay the $350 required filing fee or make an appropriate application to this court regarding the filing fee requirement in this case.

      Failure to comply with this order will result in a Report and Recommendation that this action should be dismissed.

      DATED this 22nd day of April, 2014.

                                                                CAM FERENBACH<br>
                                                              UNITED STATES MAGISTRATE JUDGE