**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| PETER MUNOZ, JR.,<br><br>     Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, *et al*.,<br><br>     Defendants. | Case No. 2:13–cv–1269–JCM–VCF<br><br>**ORDER AND**<br>**REPORT & RECOMMENDATION** |

  Before the court is Peter Munoz's application to proceed *in forma pauperis* (#3) and complaint (#1). For the reasons stated below, Munoz's application is granted and his complaint should be dismissed with prejudice.

  Pursuant to 28 U.S.C. § 1915(a), a plaintiff may proceed *in forma pauperis* when payment of filing fees would prohibit that plaintiff from commencing a civil action or appealing a civil or criminal action. 28 U.S.C. § 1915(a)(4). Here, Plaintiff Munoz's application to proceed *in forma pauperis* states that he has been unemployed since September 2013, is impecunious, and has no assets. (*See* Doc. #3). Accordingly, Munoz's application to proceed *in forma pauperis* is granted.

  However, the court must dismiss Munoz's complaint with prejudice. When an application to proceed *in forma pauperis* is granted, the court must screen the complaint to determine if it should be dismissed. *See* 28 U.S.C. § 1915(e)(2). Federal courts have the authority to dismiss the action if the action "is frivolous or malicious; . . . fails to state a claim on which relief may be granted; . . . or seeks monetary relief against a defendant who is immune from such relief." *Id*.

Here, Munoz's complaint asks the court to review a decision by the Supreme Court of Nevada. In fact, Munoz's "complaint" is a collection of documents from the Supreme Court of Nevada stating that Munoz's state-court action ended in favor of the State of Nevada. Munoz simply compiled the documents and wrote "United States District Court District of Nevada" at the top. This is insufficient. "[A] United States District Court has no authority to review final judgments of a state court in judicial proceedings." *Dist. of Columbia Court of Appeals v. Feldman*, 460 U.S. 462, 482, 103 S.Ct. 1303, 1315, 75 L.Ed.2d 206 (1983). At this stage, Munoz's only source of review is the United States Supreme Court.

ACCORDINGLY, and for good cause shown,

## **ORDER**

IT IS ORDERED that Peter Munoz's application to proceed *in forma pauperis* (#3) is GRANTED.

IT IS FURTHER ORDERED that the Peter Munoz is permitted to maintain the action to conclusion without the necessity of prepayment of any additional fees, costs, or security. This order granting *in forma pauperis* status does not extend to the issuance of subpoenas at government expense.

IT IS FURTHER ORDERED that the Clerk of Court file Munoz's complaint (#1).

## **RECOMMENDATION**

IT IS RECOMMENDED that Munoz's complaint (#1) be DISMISSED WITH PREJUDICE.

## **NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified

time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

Pursuant to Local Special Rule 2-2, the Plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party of the party's attorney. **Failure to comply with this Rule may result in dismissal of the action**. *See* LSR 2-2 (emphasis added).

DATED this 5th day of June, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE